```
                    United States Bankruptcy Court
                    Eastern District of Pennsylvania
```

In re:                                                          Case No. 20-10768-amc
Kevin M Wallace, Sr.                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Virginia         Page 1 of 1          Date Rcvd: Feb 11, 2020
                            Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db              +Kevin M Wallace, Sr.,    1157 Atwood Road,    Philadelphia, PA 19151-3108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Kevin M Wallace, Sr. aaamcclain@aol.com,
               edpabankcourt@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   : Chapter 13
Wallace, Sr., Kevin M

Debtor(s)   : 20-10768

**ORDER DIRECTING EMPLOYER* TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Catalent Pharma Solutions, LLC
14 Schoolhouse Road
Somerset, NJ 08873**

Re:   **Wallace, Sr., Kevin M**
SSN:  xxx-xx-9808

The future earnings of the above named debtor Wallace, Sr., Kevin M, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of :**$1,100.00 monthly for 60 months,** prorata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$1,100.00 for 60 months**
William C. Miller, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

**Date: February 11, 2020**   _____
Ashely M. Chan
United States Bankruptcy Judge

Catalent Pharma Solutions, LLC
14 Schoolhouse Road
Somerset, NJ 08873

Wallace, Sr., Kevin M

1157 Atwood Road
Philadelphia, PA 19151


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123