United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 20-10768-amc
Kevin M Wallace, Sr.                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Belinda          Page 1 of 2          Date Rcvd: Apr 09, 2020
                             Form ID: 309I           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
```
db           +Kevin M Wallace, Sr.,   1157 Atwood Road,   Philadelphia, PA 19151-3108
14463917     ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
              (address filed with court: Continental Finance Company,    PO Box 8099,   Newark, DE 19714)
14463915     +Caine & Weiner,   Attn: Bankruptcy,   5805 Sepulveda,   Sherman Oaks, CA 91411-2546
14463925     +John L. McClain and Associates, PC,   PO Box 123,   Narberth, PA 19072-0123
14463926     +McCabe, Weisberg & Conway, P.C.,   123 South Broad Street, STE 2080,
              Philadelphia, PA 19109-1031
14463929     +Mr. Cooper,   8950 Cypress Waters Blvd,   Dallas, TX 75019-4620
14463930     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,   Dallas, TX 75261-9741)
14463932     +PHEAA/ AES,   1200 N. 7th Street,   Harrisburg, PA 17102-1444
14463935      Recovery Bureau of America,   P.O. Box 950,   Santa Clara, CA 91380
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: aaamcclain@aol.com Apr 10 2020 04:49:31    JOHN L. MCCLAIN,
              John L. McClain and Associates,   P.O. Box 123,   Narberth, PA 19072-0123
tr           +E-mail/Text: bncnotice@phil3trustee.com Apr 10 2020 04:51:52    WILLIAM C. MILLER, Esq.,
              Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg           E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:33    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2020 04:50:35
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2020 04:50:58    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 10 2020 04:50:38    United States Trustee,
              Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14463912     +EDI: CINGMIDLAND.COM Apr 10 2020 08:13:00    AT&T Mobility II LLC,   % AT&T Services, Inc,
              Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
14463911     +E-mail/Text: bky@americanprofit.net Apr 10 2020 04:50:57    American Profit Recovery,
              Att Bankruptcy,   34505 W 12 Mile Rd # 333,   Farmington, MI 48331-3288
14463914     +EDI: DVTM.COM Apr 10 2020 08:13:00    Bridgecrest Credit Company LLC,   PO Box 29018,
              Phoenix, AZ 85038-9018
14463916     +E-mail/Text: bankruptcy@consumerportfolio.com Apr 10 2020 04:50:47
              Consumer Portfolio Services,   P.O. Box 57071,   Irvine, CA 92619-7071
14469113     +EDI: AIS.COM Apr 10 2020 08:13:00    Directv, LLC,   by American InfoSource as agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14463918     +E-mail/Text: bknotice@ercbpo.com Apr 10 2020 04:50:43    ERC/ Enhanced Recovery Corp,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14463920     +EDI: AMINFOFP.COM Apr 10 2020 08:13:00    First Premier Bank, NA,   P.O. Box 5147,
              Sioux Falls, SD 57117-5147
14463921     +E-mail/Text: bankruptcy@flagshipcredit.com Apr 10 2020 04:50:48    Flagship Credit Acceptance,
              PO Box 965,   Chadds Ford, PA 19317-0643
14463922      EDI: IRS.COM Apr 10 2020 08:13:00    INTERNAL REVENUE SERVICE,
              CENTRALIZED INSOLVENCY OPERATION,   P.O. Box 7346,   PHILADELPHIA, PA 19101-7346
14463919      EDI: BLUESTEM Apr 10 2020 08:13:00    Fingerhut,   11 McClelland Drive,   St. Cloud, MN 56395
14463927     +EDI: MID8.COM Apr 10 2020 08:13:00    Midland Funding LLC,   PO Box 2011,
              Warren MI 48090-2011
14463928     +E-mail/Text: bankruptcy@moneylion.com Apr 10 2020 04:51:40    Moneylion,
              Attn Bankruptcy Depart,   PO Box 1547,   Sandy, UT 84091-1547
14463931     +E-mail/Text: bankruptcygroup@peco-energy.com Apr 10 2020 04:49:56    Peco Energy Company,
              2301 Market Street,   Philadelphia, PA 19103-1380,   ATTN: Michael P. Murphy S-22-1
14463933     +E-mail/Text: bankruptcy@philapark.org Apr 10 2020 04:51:43    Philadelphia Parking Authority,
              701 Market St., Ste 5400,   Philadelphia, PA 19106-2895
14463934     +EDI: JEFFERSONCAP.COM Apr 10 2020 08:13:00    Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14463936     +EDI: DRIV.COM Apr 10 2020 08:13:00    Santander Consumer Usa,   Po Box 961245,
              Ft Worth, TX 76161-0244
14463937     +EDI: DRIV.COM Apr 10 2020 08:13:00    Santander USA,   PO Box 961245,
              Fort Worth, TX 76161-0244
14463938     +EDI: VERIZONCOMB.COM Apr 10 2020 08:13:00    Verizon Wireless Bankruptcy,
              500 Technology Dr. STe 500,   Weldon Spring, MO 63304-2225
14463939     +E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:33    Water Revenue Bureau,
              1401 JFK Blvd, 5th Floor,   Philadelphia, PA 19102-1663
                                                                              TOTAL: 25
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14463913      Bernice Wallace
```

```
District/off: 0313-2          User: Belinda          Page 2 of 2          Date Rcvd: Apr 09, 2020
                              Form ID: 309I          Total Noticed: 34

aty*          +WILLIAM C. MILLER, Esq.,   Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
14468456*     +Bridgecrest credit company, LLC,   PO Box 29018,   Phoenix AZ 85038-9018
14463923*     +IRS,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14463924*      IRS/ Special Procedures,   P.O. BOX 7346,   Philadelphia, PA  19114,
               PHILADELPHIA, PA 19101-7346
14489541*     +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
                                                                        TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
          JOHN L. MCCLAIN   on behalf of Debtor Kevin M Wallace, Sr. aaamcclain@aol.com,
          edpabankcourt@aol.com
          REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, not in its
          individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                        TOTAL: 5

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Kevin M Wallace Sr.** | | Social Security number or ITIN | **xxx–xx–9808** |
| | First Name | Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed for chapter   **13**   **2/6/20** | |
| Case number: | **20–10768–amc** | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/17**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kevin M Wallace Sr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1157 Atwood Road Philadelphia, PA 19151 | |
| 4. | **Debtor's attorney** Name and address | JOHN L. MCCLAIN John L. McClain and Associates P.O. Box 123 Narberth, PA 19072–0123 | Contact phone 215–893–9357 Email:  aaamcclain@aol.com |
| 5. | **Bankruptcy trustee** Name and address | WILLIAM C. MILLER, Esq. Chapter 13 Trustee P.O. Box 1229 Philadelphia, PA 19105 | Contact phone 215–627–1377 Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 4/9/20 |

**AMENDED MEETING NOTICE DUE TO CHANGE IN LOCATION**

**For more information, see page 2**

Debtor  **Kevin M Wallace Sr.**                                                                                              Case number **20–10768–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 27, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>———————————————<br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>———————————————<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 5/31/20**<br><br><br><br><br><br><br><br><br><br><br>**Filing deadline: 4/16/20**<br><br><br>**Filing deadline: 8/4/20**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $1100.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/21/20  at 10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |