United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin M Wallace, Sr.  
    Debtor

Case No. 20-10768-amc  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Jul 02, 2020 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.  
14494729    +U.S. Bank National Association, Et Al.,    c/o Nationstar Mortgage LLC d/b/a Mr. Co,  
    P.O. Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:  
    JOHN L. MCCLAIN    on behalf of Debtor Kevin M Wallace, Sr. aaamcclain@aol.com, edpabankcourt@aol.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com  
    STEPHEN M HLADIK    on behalf of Creditor    Bridgecrest Credit Company, LLC shladik@hoflawgroup.com, pfranz@hoflawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
    TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-10768-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Kevin M Wallace, Sr.
1157 Atwood Road
Philadelphia PA 19151

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/01/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: U.S. Bank National Association, Et Al., c/o Nationstar Mortgage LLC d/b/a Mr. Co, P.O. Box 619096, Dallas, TX 75261-9741 | U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust<br>SN Servicing Corporation<br>323 5th Street<br>Eureka CA 95501 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/04/20

Tim McGrath
**CLERK OF THE COURT**