**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

----------------------------------------------------x
In re:                                                                      :
                                                                                 :   Chapter 13
   KEVIN M. WALLACE, SR.,                  :
                                                                                 :   Bankruptcy No. 20-10768 (AMC)
                        Debtor.   :
----------------------------------------------------x

**PRAECIPE TO WITHDRAW OBJECTION**
**TO CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

      Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 27) filed by the City of Philadelphia on August 4, 2020.

      Respectfully submitted,

      THE CITY OF PHILADELPHIA

Dated: October 10, 2020      By:   */s/ Joshua Domer*
      JOSHUA DOMER
      Assistant City Solicitor
      PA Attorney I.D. 319190
      Attorney for the City of Philadelphia
          and/or
      Water Revenue Bureau
      City of Philadelphia Law Department
      Municipal Services Building
      1401 JFK Boulevard, 5th Floor
      Philadelphia, PA 19102-1595
      215-686-0519 (phone)
      Email: Joshua.Domer@phila.gov