# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                                     Chapter 13

KEVIN M WALLACE, SR.                          Bankruptcy No. 20-10768-AMC

1157 ATWOOD ROAD

PHILADELPHIA, PA 19151-

           Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
     KEVIN M WALLACE, SR.

     1157 ATWOOD ROAD

     PHILADELPHIA, PA 19151-

**Counsel for debtor(s), by electronic notice only.**
     JOHN L. MCCLAIN
     JOHN L MCCLAIN AND ASSOCIATES
     PO BOX 123
     NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
     Office of the U.S. Trustee
     Eastern District of Pennsylvania
     833 Chestnut Street, Suite 500
     Philadelphia, PA  19107

Date: 10/15/2020                                                                               /s/ William C. Miller

                                                                           _____
                                                                           William C. Miller, Esquire
                                                                           Chapter 13 Standing Trustee