# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Kevin M Wallace, Sr.<br>        Debtor | : Bankruptcy No. 20-10768-amc<br>: Chapter 13<br>: |
| Bridgecrest Credit Company, LLC<br>        Movant | :<br>: |
| vs. | :<br>: |
| Kevin M Wallace, Sr.<br>        Debtor/Respondent<br>    and<br>William C. Miller, Esquire<br>        Trustee/Respondent | :<br>:<br>:<br>:<br>: |

## **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE PLAN**

TO THE CLERK:

    Please mark the Objection to Confirmation of the Plan, filed on April 10, 2020 as Doc. #18, as withdrawn without prejudice.

                          Respectfully submitted,

                          /s / Antonio Bonanni, Esquire
                          Antonio, Bonanni, Esquire
                          Hladik, Onorato & Federman, LLP
                          Attorney I.D. # 322940
                          298 Wissahickon Avenue
                          North Wales, PA 19454
                          Phone 215-855-9521
                          Email: abonanni@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-10768-amc |
|     Kevin M Wallace, Sr. | : Chapter 13 |
|         Debtor | : |
| | : |
| Bridgecrest Credit Company, LLC | : |
|         Movant | : |
| | : |
|     vs. | : |
| | : |
| Kevin M Wallace, Sr. | : |
|         Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATE OF MAILING

I, Antonio, Bonanni, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on **10/29/2020**.

The types of service made on parties were: Electronic Notification and First Class Mail:

John L. McClain, Esquire
Via Electronic Filing
*Attorney for Debtors*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Kevin M Wallace, Sr.
1157 Atwood Road
Philadelphia, PA 19151
Via First Class Mail
*Debtors*

Respectfully Submitted,

Date: 10/29/2020

/s / Antonio Bonanni, Esquire
Antonio, Bonanni, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 322940
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: abonanni@hoflawgroup.com