United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin M Wallace, Sr.  
    Debtor(s)

Case No. 20-10768-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 3  
Date Rcvd: Dec 16, 2020      Form ID: 155      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin M Wallace, Sr., 1157 Atwood Road, Philadelphia, PA 19151-3108 |
| 14463917 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, PO Box 8099, Newark, DE 19714 |
| 14463915 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda, Sherman Oaks, CA 91411-2546 |
| 14463920 | + | First Premier Bank, NA, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 14463925 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14463926 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, STE 2080, Philadelphia, PA 19109-1031 |
| 14463929 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Dallas, TX 75019-4620 |
| 14463930 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14463932 | + | PHEAA/ AES, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14463935 | | Recovery Bureau of America, P.O. Box 950, Santa Clara, CA 91380 |
| 14463936 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14463937 | + | Santander USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14467801 | + | U.S. Bank National Assoc., c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14494729 | + | U.S. Bank National Association, Et Al., c/o Nationstar Mortgage LLC d/b/a Mr. Co, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14516538 | + | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14463912 | + | Email/Text: g20956@att.com | Dec 17 2020 03:53:00 | AT&T Mobility II LLC, % AT&T Services, Inc, Karen Cavagnaro, Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 14463911 | + | Email/Text: bky@americanprofit.net | Dec 17 2020 03:52:00 | American Profit Recovery, Att Bankruptcy, 34505 W 12 Mile Rd # 333, Farmington, MI 48331-3288 |
| 14463914 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Dec 17 2020 03:53:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14463939 | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | Water Revenue Bureau, c/o Joshua Domer, Law Department, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14522487 | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14525717 | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | City of Philadelphia, C/O Pamela Elchert Thurmond, Law Department, Tax & Revenue Unit, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 14526221 | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | City of Philadelphia, c/o Joshua Domer, 1401 JFK Blvd 5th Floor, Philadelphia Pa 19102 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14463916 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 17 2020 03:52:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14469113 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 17 2020 03:34:28 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14463918 | + | Email/Text: bknotice@ercbpo.com | Dec 17 2020 03:52:00 | ERC/ Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14520681 | | Email/Text: FEMA-Finance-BNK@fema.dhs.gov | Dec 17 2020 03:51:00 | Federal Emergency Management Agency, FFC-AR-BNK, PO Box 9001, Winchester, VA 22604-9001 |
| 14463921 | + | Email/Text: bankruptcy@flagshipcredit.com | Dec 17 2020 03:52:00 | Flagship Credit Acceptance, PO Box 965, Chadds Ford, PA 19317-0643 |
| 14463922 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2020 03:51:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14463919 | | Email/Text: bnc-bluestem@quantum3group.com | Dec 17 2020 03:53:00 | Fingerhut, 11 McClelland Drive, St. Cloud, MN 56395 |
| 14463927 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 17 2020 03:52:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14463928 | + | Email/Text: bankruptcy@moneylion.com | Dec 17 2020 03:53:27 | Moneylion, Attn Bankruptcy Depart, PO Box 1547, Sandy, UT 84091-1547 |
| 14463931 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 17 2020 03:51:00 | Peco Energy Company, 2301 Market Street, Philadelphia, PA 19103-1380, ATTN: Michael P. Murphy S-22-1 |
| 14463933 | + | Email/Text: bankruptcy@philapark.org | Dec 17 2020 03:53:00 | Philadelphia Parking Authority, 701 Market St., Ste 5400, Philadelphia, PA 19106-2895 |
| 14463934 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 17 2020 03:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14517385 | | Email/Text: bknotices@snsc.com | Dec 17 2020 03:53:00 | SN Servicing Corporation, c/o Kathy Watson, 323 5th Street, Eureka, CA 95501 |
| 14525748 | + | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14463938 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 17 2020 03:51:00 | Verizon Wireless Bankruptcy, 500 Technology Dr. STe 500, Weldon Spring, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14463913 | | Bernice Wallace |
| 14468456 | *+ | Bridgecrest credit company, LLC, PO Box 29018, Phoenix AZ 85038-9018 |
| 14463923 | *+ | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14463924 | * | IRS/ Special Procedures, P.O. BOX 7346, Philadelphia, PA 19114, PHILADELPHIA, PA 19101-7346 |
| 14489541 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities

| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: 155 | Total Noticed: 37 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Bridgecrest Credit Company  LLC abonanni@hoflawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Kevin M Wallace  Sr. aaamcclain@aol.com, edpabankcourt@aol.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Bridgecrest Credit Company  LLC shladik@hoflawgroup.com, pfranz@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kevin M Wallace, Sr.
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−10768−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 15th day of December, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

40
Form 155