**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
    Wallace, Sr., Kevin M
    Debtor  : 20-10768

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Catalent Pharma Solutions, LLC
14 Schoolhouse Road
Somerset, NJ 08873**

Re:  **Wallace, Sr., Kevin M**
SSN: xxx-xx-9808

The future earnings of the above named debtor Wallace, Sr., Kevin M, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$1,100.00 for 12 months (Started back on 3/1/20), then as of this March 1, 2021, the payment shall decrease to $490 per month for a period of 48 months,** pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

$1,100.00 for 12 months (Started back on 3/1/20), then as of this March 1, 2021, the payment shall decrease to $490 per month for a period of 48 months to:
William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT:_____
        JUDGE   **Date: February 18, 2021**

Catalent Pharma Solutions, LLC
14 Schoolhouse Road
Somerset, NJ 08873

Wallace, Sr., Kevin M
1157 Atwood Road