United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-10768-amc

Kevin M Wallace, Sr.  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 18, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin M Wallace, Sr., 1157 Atwood Road, Philadelphia, PA 19151-3108 |
|    | + | Catalent Pharma Solutions, LLC, 14 Schoolhouse Road, Somerset, PA 08873-1213 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason      Name and Address**
[ *** NO NAME OR ADDRESS SUPPLIED *** ]

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

**Name**      **Email Address**

ANTONIO G. BONANNI
     on behalf of Creditor Bridgecrest Credit Company  LLC abonanni@hoflawgroup.com

JOHN L. MCCLAIN
     on behalf of Debtor Kevin M Wallace  Sr. aaamcclain@aol.com, edpabankcourt@aol.com

JOSHUA DOMER
     on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
     on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bkgroup@kmllawgroup.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Feb 18, 2021 Form ID: pdf900 Total Noticed: 2

| | |
|---|---|
| STEPHEN M HLADIK | on behalf of Creditor Bridgecrest Credit Company LLC shladik@hoflawgroup.com, pfranz@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
    Wallace, Sr., Kevin M
    Debtor  : 20-10768

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Catalent Pharma Solutions, LLC
14 Schoolhouse Road
Somerset, NJ 08873**

Re:   **Wallace, Sr., Kevin M**
SSN:  xxx-xx-9808

    The future earnings of the above named debtor Wallace, Sr., Kevin M, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$1,100.00 for 12 months (Started back on 3/1/20), then as of this March 1, 2021, the payment shall decrease to $490 per month for a period of 48 months,** pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$1,100.00 for 12 months (Started back on 3/1/20), then as of this March 1, 2021, the payment shall decrease to $490 per month for a period of 48 months to:**
William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT:__*Ashely*_____
         JUDGE   **Date: February 18, 2021**

Catalent Pharma Solutions, LLC
14 Schoolhouse Road
Somerset, NJ 08873

Wallace, Sr., Kevin M
1157 Atwood Road