**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Wallace, Sr., Kevin M | : |
|  | : 20-10768 |
| Debtor | : |

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Modified Chapter 13 Plan is **APPROVED**.

**Date: March 9, 2021**

Date: _____                    _____
                                        **Ashely M. Chan**
                                        **U.S. BANKRUPTCY JUDGE**