United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-10768-amc
Kevin M Wallace, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin M Wallace, Sr., 1157 Atwood Road, Philadelphia, PA 19151-3108 |
| 14463925 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14463926 | #+ | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, STE 2080, Philadelphia, PA 19109-1031 |
| 14463935 | | Recovery Bureau of America, P.O. Box 950, Santa Clara, CA 91380 |
| 14467801 | + | U.S. Bank National Assoc., c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 15 2023 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2023 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 15 2023 00:18:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | ^ | MEBN | Feb 15 2023 00:12:52 | U.S. Bank Trust National Association, as Trustee o, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14463912 | + | Email/Text: g20956@att.com | Feb 15 2023 00:18:00 | AT&T Mobility II LLC, % AT&T Services, Inc, Karen Cavagnaro, Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 14463911 | + | Email/Text: bky@americanprofit.net | Feb 15 2023 00:18:00 | American Profit Recovery, Att Bankruptcy, 34505 W 12 Mile Rd # 333, Farmington, MI 48331-3288 |
| 14463914 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 15 2023 00:18:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14525717 | | Email/Text: megan.harper@phila.gov | Feb 15 2023 00:18:00 | City of Philadelphia, C/O Pamela Elchert Thurmond, Law Department, Tax & Revenue Unit, 1401 John F. Kennedy Blvd. Room 580, Philadelphia, PA 19102 |
| 14526221 | | Email/Text: megan.harper@phila.gov | Feb 15 2023 00:18:00 | City of Philadelphia, c/o Joshua Domer, 1401 JFK Blvd 5th Floor, Philadelphia Pa 19102 |
| 14463939 | | Email/Text: megan.harper@phila.gov | Feb 15 2023 00:18:00 | Water Revenue Bureau, c/o Joshua Domer, Law Department, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |

Case 20-10768-amc   Doc 71   Filed 02/16/23   Entered 02/17/23 00:32:41   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14522487 | | Email/Text: megan.harper@phila.gov | Feb 15 2023 00:18:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14463917 | | Email/Text: cfcbackoffice@contfinco.com | Feb 15 2023 00:18:00 | Continental Finance Company, PO Box 8099, Newark, DE 19714 |
| 14463915 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 15 2023 00:18:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda, Sherman Oaks, CA 91411-2546 |
| 14463916 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 15 2023 00:18:00 | Consumer Portfolio Services, P.O. Box 57071, Irvine, CA 92619-7071 |
| 14469113 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 15 2023 00:28:16 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14463918 | + | Email/Text: bknotice@ercbpo.com | Feb 15 2023 00:18:00 | ERC/ Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14520681 | | Email/Text: FEMA-Finance-BNK@fema.dhs.gov | Feb 15 2023 00:12:00 | Federal Emergency Management Agency, FFC-AR-BNK, PO Box 9001, Winchester, VA 22604-9001 |
| 14463920 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 15 2023 00:28:18 | First Premier Bank, NA, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 14463921 | + | Email/Text: bankruptcy@flagshipcredit.com | Feb 15 2023 00:18:00 | Flagship Credit Acceptance, PO Box 965, Chadds Ford, PA 19317-0643 |
| 14463922 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2023 00:18:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14463919 | | Email/Text: bnc-bluestem@quantum3group.com | Feb 15 2023 00:18:00 | Fingerhut, 11 McClelland Drive, St. Cloud, MN 56395 |
| 14463927 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 15 2023 00:18:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14463928 | + | Email/Text: bankruptcy@moneylion.com | Feb 15 2023 00:18:00 | Moneylion, Attn Bankruptcy Depart, PO Box 1547, Sandy, UT 84091-1547 |
| 14463929 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 15 2023 00:18:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Dallas, TX 75019-4620 |
| 14463930 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 15 2023 00:18:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14463932 | + | Email/Text: bncnotifications@pheaa.org | Feb 15 2023 00:18:00 | PHEAA/ AES, 1200 N. 7th Street, Harrisburg, PA 17102-1444 |
| 14463931 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 15 2023 00:18:00 | Peco Energy Company, 2301 Market Street, Philadelphia, PA 19103-1380, ATTN: Michael P. Murphy S-22-1 |
| 14463933 | + | Email/Text: bankruptcy@philapark.org | Feb 15 2023 00:18:00 | Philadelphia Parking Authority, 701 Market St., Ste 5400, Philadelphia, PA 19106-2895 |
| 14463934 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 15 2023 00:18:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14756887 | | Email/Text: bknotices@snsc.com | Feb 15 2023 00:18:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 14517385 | | Email/Text: bknotices@snsc.com | Feb 15 2023 00:18:00 | SN Servicing Corporation, c/o Kathy Watson, 323 5th Street, Eureka, CA 95501 |
| 14463936 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 15 2023 00:18:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14463937 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 15 2023 00:18:00 | Santander USA, PO Box 961245, Fort Worth, TX |

Case 20-10768-amc    Doc 71    Filed 02/16/23    Entered 02/17/23 00:32:41    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14525748 | + | Email/Text: megan.harper@phila.gov | Feb 15 2023 00:18:00 | 76161-0244 The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14494729 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 15 2023 00:18:00 | U.S. Bank National Association, Et Al., c/o Nationstar Mortgage LLC d/b/a Mr. Co, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14516538 | ^ | MEBN | Feb 15 2023 00:12:52 | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |
| 14463938 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 15 2023 00:12:00 | Verizon Wireless Bankruptcy, 500 Technology Dr. STe 500, Weldon Spring, MO 63304-2225 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |
| 14463913 | | Bernice Wallace |
| 14468456 | *+ | Bridgecrest credit company, LLC, PO Box 29018, Phoenix AZ 85038-9018 |
| 14463923 | *+ | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14463924 | * | IRS/ Special Procedures, P.O. BOX 7346, Philadelphia, PA 19114, PHILADELPHIA, PA 19101-7346 |
| 14489541 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Bridgecrest Credit Company  LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Kevin M Wallace  Sr. aaamcclain@aol.com, edpabankcourt@aol.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 42 |

KENNETH E. WEST  ecfemails@ph13trustee.com  philaecf@gmail.com

STEPHEN M HLADIK  on behalf of Creditor Bridgecrest Credit Company LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
KEVIN M WALLACE, SR.

Chapter 13

Debtor

Bankruptcy No. 20-10768-AMC

# ORDER

    **AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 14, 2023**

_____  
Honorable Ashely M. Chan  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
JOHN L. MCCLAIN, ESQ.  
JOHN L MCCLAIN AND ASSOCIATES  
PO BOX 123  
NARBERTH, PA 19072-

Debtor:  
KEVIN M WALLACE, SR.

1157 ATWOOD ROAD

PHILADELPHIA, PA 19151-